| | |
|---|---|
| 1 | Kevin P. Roddy, CA State Bar No. 128283 |
| | *kroddy@wilentz.com* |
| 2 | WILENTZ, GOLDMAN & SPITZER, P.A. |
| | 90 Woodbridge Center Drive, Suite 900 |
| 3 | Woodbridge, New Jersey 07095 |
| | Tel: (732) 855-6402 |
| 4 | |
| | Kimberly Beck (Admission Pro Hac Vice Pending) |
| 5 | BECK LAW CENTER |
| | 201 E. 5th Street, Suite 1900 |
| 6 | Cincinnati, OH 45202 |
| | Tel: (888) 434-2912 |
| 7 | E-mail: kim@becklawcenter.com |
| 8 | Shehnaz M. Bhujwala, CA State Bar No. 223484 |
| | *bhujwala@boucher.la* |
| 9 | BOUCHER LLP |
| | 21600 Oxnard Street, Suite 600 |
| 10 | Woodland Hills, California 91367-4903 |
| | Tel:    (818) 340-5400 |
| 11 | Fax:    (818) 340-5401 |
| 12 | *Attorneys for Plaintiffs* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSHUA ROSEWOLF, an individual, et al., | Case No. 4:22-cv-02072-JSW |
| Plaintiffs, | **JOINT STIPULATION TO RELATE ADDITIONAL CIVIL CASE;** [PROPOSED] **ORDER** |
| v. | |
| MERCK & CO., INC., a New Jersey Corporation, et al., | **(Local Rules 3-12, 7-11, 7-12)** |
| Defendants. | The Hon. Jeffrey S. White |
| This document also relates to: | Case No. 4:22-cv-02138-JSW |
| MARK STARR, an individual, | The Hon. Jeffrey S. White |
| Plaintiff, | |
| v. | |
| MERCK & CO., INC., a New Jersey Corporation, et al., | |
| Defendants. | |

| | |
|---|---|
| This document also relates to:<br><br>SHAUNA GIBSON, an individual, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCK & CO., INC., a New Jersey Corporation, et al.,<br><br>    Defendants. | Case No. 4:22-cv-02263-JSW<br><br>The Hon. Jeffrey S. White |
| This document also relates to:<br><br>TYLER SKINNER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., a New Jersey Corporation, et al.,<br><br>    Defendants. | Case No. 4:22-cv-02260-JSW<br><br>The Hon. Jeffrey S. White |
| This document also relates to:<br><br>AMY ANDERSON, an individual, et al.<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO., INC., a New Jersey Corporation, et al.,<br><br>    Defendants. | Case No. 3:22-cv-02991-JCS<br><br>The Hon. Joseph C. Spero |

2

Case No. 4:22-CV-02072-JSW

JOINT STIPULATION TO RELATE ADDITIONAL CIVIL CASE; [PROPOSED] ORDER

# STIPULATION

WHEREAS, by order dated April 26, 2022, the Honorable District Judge Jeffrey S. White granted Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related with modification, and ordered the following cases related to the low-numbered action entitled *Rosewolf et. al., v. Merck & Co., Inc., et al.*, N.D. Cal. Case No. 4:22-cv-02072-JSW ("*Rosewolf*"): (1) *Starr v. Merck & Co., Inc., et al.*, N.D. Cal. Case No. 4:22-cv-02138-JSW ("*Starr*"); (2) *Gibson et. al., v. Merck & Co., Inc., et al.*, N.D. Cal. Case No. 4:22-cv-02263-JSW ("*Gibson*"); and (3) *Skinner v. Merck & Co., Inc., et al.*, N.D. Cal. Case No. 4:22-cv-02260-JSW ("*Skinner*") (*see, e.g., Rosewolf* ECF Doc. 28);

WHEREAS, the *Rosewolf, Starr, Gibson,* and *Skinner* cases are all presently assigned to the Honorable District Judge Jeffrey S. White for the Northern District of California, and the parties are presently engaged in briefing on Defendants' motions to dismiss and motions to sever claims across the four cases;

WHEREAS, on May 20, 2022, Defendants removed to federal court an additional, related action, entitled *Anderson, et al. v. Merck & Co., Inc.,* N.D. Cal. Case No. 3:22-cv-02991-JCS ("Anderson"), which is presently assigned to the Honorable Joseph C. Spero, Chief Magistrate Judge for the Northern District of California;

WHEREAS, the parties to the foregoing five actions, by and through their respective counsel of record, contend the actions involve substantially the same parties, transactions, or events (L.R. 3-12(a)), and it appears likely that there may be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges (L.R. 3-12(b));

WHEREAS, the parties, by and through their respective counsel of record, contend that the newly removed *Anderson* case is related to the *Rosewolf, Starr, Gibson,* and *Skinner* cases within the meaning of Northern District of California Civil Local Rule 3-12(a), for the same reasons set forth in the Court's April 26, 2022 Order (*see, e.g., Rosewolf* ECF Doc. 28);

WHEREAS, the parties contend that the treatment of the *Anderson* case as related to the *Rosewolf, Starr, Gibson, and Skinner* cases would serve the interests of judicial economy and

avoid any potential for conflicting rulings,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the *Anderson* action be deemed related to the lowest-numbered *Rosewolf* action pending before this Court, within the meaning of Local Rule 3-12, and reassigned to the Honorable Jeffrey S. White.

IT IS SO STIPULATED.

DATED: May 25, 2022                    BOUCHER LLP

By: _____/s/ Shehnaz M. Bhujwala_____
SHEHNAZ M. BHUJWALA
Attorneys for Plaintiffs

DATED: May 25, 2022                    KING & SPALDING LLP

By: _____/s/ Julia Romano_____
JULIA ROMANO

*Attorneys for Defendants*

(**PROPOSED**) ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __May 26_____, 2022

_____
HON. JEFFREY S. WHITE

4                    Case No. 4:22-CV-02072-JSW
JOINT STIPULATION TO RELATE ADDITIONAL CIVIL CASE; [PROPOSED] ORDER